No. 23-35235

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ANDREW GRIMM,

*Plaintiff-Appellant*,

v.

CITY OF PORTLAND,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the District of Oregon
No. 3:18-cv-00183-MO
Hon. Michael W. Mosman, United States District Judge

**EXCERPTS OF RECORD: INDEX VOLUME**

Gregory Keenan
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York 11001
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

*Attorney for Appellant*

# INDEX OF CONTENTS

| | VOLUME I CONTENTS | | | |
|---|---|---|---|---|
| *ECF* | *Date* | *Description* | | *Page* |
| 103 | Mar. 9, 2023 | Order Granting Defendant's Motion for Summary Judgment | | 1-ER-2 |
| 104 | Mar. 10, 2023 | Entry of Judgment | | 1-ER-11 |
| 107 | June 2, 2023 | Transcript of Feb. 7, 2023, Oral Argument on Cross-Motions for Summary Judgment | | 1-ER-12 |

| | VOLUME II CONTENTS | | | |
|---|---|---|---|---|
| *ECF* | *Date* | *Description* | | *Page* |
| 100 | Nov. 21, 2022 | Plaintiff's Reply on Plaintiff's Motion for Summary Judgment | | 2-ER-83 |
| 99 | Nov. 21, 2022 | Defendant's Reply on Defendant's Motion for Summary Judgment | | 2-ER-127 |
| 98-1 | Nov. 8, 2022 | Declaration of Plaintiff's Counsel in opposition to Defendant's Motion for Summary Judgment | | 2-ER-148 |
| 98 | Nov. 8, 2022 | Plaintiff's Opposition to Defendant's Motion for Summary Judgment | | 2-ER-153 |

| ECF | Date | Description | Page |
|---|---|---|---|
| 96 | Nov. 7, 2022 | Defendant's Opposition to Plaintiff's Motion for Summary Judgment | 2-ER-204 |
| 95 | Oct. 17, 2022 | Plaintiff's Motion for Summary Judgment | 2-ER-224 |
| 94 | Oct. 17, 2022 | Defendant's Motion for Summary Judgment | 2-ER-252 |
| 93 | Sept. 15, 2022 | Joint Notice of Stipulated Facts | 2-ER-276 |
| 93-1 | Sept. 15, 2022 | Exhibits to Stipulated Facts | 2-ER-285 |
| 91 | July 18, 2022 | Joint Status Update | 2-ER-326 |

| VOLUME III CONTENTS | | | |
|---|---|---|---|
| ECF | Date | Description | Page |
| 66 | Aug. 10, 2021 | Defendant's Answer to Plaintiff's First-Amended Complaint | 3-ER-329 |
| 65 | July 27, 2021 | Plaintiff's First-Amended Complaint | 3-ER-343 |
| 36 | Nov. 30, 2020 | Ninth Circuit Mandate | 3-ER-359 |
| 34 | Nov. 13, 2020 | Ninth Circuit Order Denying Rehearing En Banc | 3-ER360 |

| ECF | Date | Description | Page |
|---|---|---|---|
| 33 | Aug. 21, 2020 | Ninth Circuit Opinion Reversing District Court | 3-ER-361 |
| 32 | Feb. 2, 2019 | Ninth Circuit Order Dismissing Towing Company Upon Settlement | 3-ER-383 |
| 31 | Sept. 11, 2018 | Transcript of July 17, 2018, Oral Argument on Pre-Reversal Motion for Summary Judgment | 3-ER-384 |
| 28 | Aug. 14, 2018 | Prior Notice of Appeal | 3-ER-403 |
| 27 | July 18, 2018 | Pre-Reversal Entry of Judgment | 3-ER-406 |
| 24 | June 11, 2018 | Plaintiff's Sur-Reply in opposition to Defendant's Pre-Reversal Motion for Summary Judgment | 3-ER-406 |
| 24-1 | June 11, 2018 | Second Declaration of Plaintiff Andrew Grimm in opposition to Defendant's Pre-Reversal Motion for Summary Judgment | 3-ER-411 |
| 23 | June 6, 2018 | Defendant's Reply on its Pre-Reversal Motion for Summary Judgment | 3-ER-415 |
| 22 | May 29, 2018 | Plaintiff's Opposition to Defendant's Pre-Reversal Motion for Summary Judgment and Non-Opposition to Dismissal of Parking-Enforcement Officers | 3-ER-419 |

| ECF | Date | Description | Page |
|---|---|---|---|
| 22-1 | May 28, 2018 | Declaration of Plaintiff Andrew Grimm in opposition to Defendant's Pre-Reversal Motion for Summary Judgment | 3-ER-430 |
| 21 | May 15, 2018 | Declaration of Paralegal Josephine Vazquez in support of Defendant's Pre-Reversal Motion for Summary Judgment | 3-ER-449 |
| 21-1 | May 15, 2018 | Exhibits to Vazquez Declaration: Emails and Attachments | 3-ER-451 |
| 20 | May 15, 2018 | Declaration of Parking-Enforcement Officer Frank Earle in support of Defendant's Pre-Reversal Motion for Summary Judgment | 3-ER-476 |
| 20-1 | May 15, 2018 | Exhibits to Earle Declaration: Parking Citations, Photographs of Citations Posted, Exemplar of Tow Warning and Tow Request | 3-ER-479 |
| 19 | May 15, 2018 | Defendant's Pre-Reversal Motion for Summary Judgment | 3-ER-496 |
| 17 | Apr. 16, 2018 | Order Granting Towing Company's Motion to Dismiss | 3-ER-504 |
| 16 | Mar. 21, 2018 | Towing Company's Reply on its Motion to Dismiss | 3-ER-509 |

| *ECF* | *Date* | *Description* | *Page* |
|---|---|---|---|
| 16-1 | Mar. 21, 2018 | Towing Company's Reply Exhibits: Parking Citations | 3-ER-522 |
| 15 | Mar. 7, 2018 | Plaintiff's Opposition to Towing Company's Motion to Dismiss | 3-ER-526 |
| 7 | Feb. 21, 2018 | Towing Company's Rule 12(b)(6) Motion to Dismiss | 3-ER-566 |

| **VOLUME IV CONTENTS** | | | |
|---|---|---|---|
| *ECF* | *Date* | *Description* | *Page* |
| 6 | Feb. 21, 2018 | Defendant's Initial Answer | 4-ER-574 |
| 1 | Jan. 29, 2018 | Plaintiff's Initial Complaint | 4-ER-589 |
| 105 | Apr. 4, 2023 | Instant Notice of Appeal | 4-ER-613 |
| - | Jan. 2, 2024 | District Court Docket Sheet | 4-ER-617 |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the EXCERPTS OF RECORD with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit via CM/ECF.

Participants in the case who are registered CM/ECF users will be served via CM/ECF.

Date: January 2, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gregory Keenan*
　　　　　　　　　　　　　　　　　　　　Gregory Keenan