UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW GRIMM, | No. 23-35235 |
| Plaintiff-Appellant, | D.C. No. 3:18-cv-00183-MO |
| v. | District of Oregon, Portland |
| CITY OF PORTLAND, | ORDER |
| Defendant-Appellee. | |

Before: HAMILTON,[*] VANDYKE, and H.A. THOMAS, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing. Judge VanDyke and Judge H.A. Thomas have voted to deny the petition for rehearing en banc, and Judge Hamilton so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40. The petition for panel rehearing and the petition for rehearing en banc, Dkt. No. 64, are **DENIED**.

---

[*] The Honorable David F. Hamilton, United States Circuit Judge for the U.S. Court of Appeals for the Seventh Circuit, sitting by designation.