# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 25, 2025

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526



    Re:  Andrew Grimm
          v. City of Portland, Oregon
          Application No. 24A1276
          (Your No. 23-35235)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on June 25, 2025, extended the time to and including August 28, 2025.

    This letter has been sent to those designated on the attached notification list.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by

                                    Angela Jiménez
                                    Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Gregory William Keenan
Digital Justice Foundation
15287 Pepperwood Drive
Omaha, NE 68154

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526